# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **VIVIAN WILLIAMS,** on behalf of herself, and all other plaintiffs similarly situated, known and unknown, | ) ) **No.** 1:19-cv-02288 ) ) |
| Plaintiff, | ) **Hon. Virginia M. Kendall** ) **U.S. District Judge, Presiding** ) |
| v. | ) Hon. Jeffrey Cole ) Magistrate Judge |
| **THE ESTATES OF HYDE PARK, LLC** | ) ) |
| Defendant. | ) |

## PARTIES' JOINT MOTION FOR FINAL APPROVAL OF PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION AND OTHER CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION

NOW COME the Parties, Plaintiff, Vivian Williams ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant The Estates of Hyde Park, LLC, ("EHP" or "Defendant" and collectively with Plaintiff, the "Parties") by their counsel of record, hereby file their Joint Motion for Final Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification. The Parties herewith, file concurrently their Memorandum in Support.

Respectfully Submitted,

*Electronically Served 06/06/2022*

/s/John W. Billhorn
_____
John W. Billhorn

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiff and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450