**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Vivian Williams

                              Plaintiff,

v.                                                 Case No.: 1:19–cv–02288
                                                                 Honorable Virginia M. Kendall

The Estates Of Hyde Park, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 13, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Final Fairness Hearing held on 6/13/2022 via Webex. Parties' Joint Motion for final approval of Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification [146] is granted. Parties shall submit a proposed Order to the Court for review. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.